

**the doj & cd**

Department:
Justice and Constitutional Development
**REPUBLIC OF SOUTH AFRICA**

OFFICE OF THE DEPUTY DIRECTOR-GENERAL: CONSTITUTIONAL DEVELOPMENT
CHIEF DIRECTORATE: INTERNATIONAL LEGAL RELATIONS
Private Bag X 81, PRETORIA, 0001 • SALU 316 Andries Street (c/o Thabo Sehume and Francis Baard Streets,
PRETORIA Tel (012) 406 4817

Ref:   14/6/3/3 Cholota
Enq:   Mr. E.R Botes
E-mail: ebotes@justice.gov.za

The United States Central Authority
Mr Vaughn Ary
Office of International Affairs
Criminal Division
U.S Department of Justice
1301 New York Avenue N.W Suite 800
Washington D.C

25 February 2022

Dear Sir

**REQUEST FOR EXTRADITION BY SOUTH AFRICA TO THE UNITED STATES OF AMERICA: NOMALANGA MOROADI SELINA CHOLOTA**

On 9 February 2022, a request was received from the Office of the NDPP for the extradition of Ms Cholota from the US to the Republic of South Africa to stand trial on charges of Fraud, Corruption in contravention of the Prevention and Combating of Corrupt Activities Act 2004, (Act No. 12 of 2004), and Money Laundering in contravention of the Prevention of Organised Crime Act 1998, (Act No. 121 of 1998). The request is made in terms of the Extradition Treaty between South Africa and the US, which entered into force on 25 June 2001.

On 14 February 2022, the Director-General, Adv Doc Mashabane, approved that the request be forwarded to the authorities in the United States.

Kindly be advised that the Department authenticated the signature of Advocate Navilla Somarur, the Acting Director of Public Prosecutions, Free State Division of the High Court. The request is bound and sealed.

Your assistance with the execution of the request is highly appreciated.

Yours faithfully

Mr E.R Botes

**Chief Directorate: International Legal Relations**

**On behalf of the Department of Justice and Constitutional Development**