A.291

J 50 (81/803643)

| Police Station : | PARKWEG | CAS No.   486/02/2020 | Case No. | |
|---|---|---|---|---|
| Name : | NOMALANGA MOROADI SELINA CHOLOTA | | | |
| Address : | 6604 KNOTTWOOD COURT, BALTIMORE MARYLAND, UNITED STATES OF AMERICA | | | |
| Gender : | FEMALE | | Age : | 34 YEARS |

\* To Magistrate/ Justice of the Peace BLOEMFONTEIN

### APPLICATION UNDER SECTION 43 OF ACT 51 OF 1977
### FOR WARRANT OF ARREST

Application is hereby made for the issue of a warrant for the arrest of: **NOMALANGA MOROADI SELINA CHOLOTA** on a charge of **FRAUD, CORRUPTION (Contravention of section 3 and 4 of the Prevention and Combating of Corrupt Activities Act 12 of 2004) AND MONEY LAUNDERING (Contravention of section 4(a) and or (b), read with section 1 and 8 of the Prevention of Organised Crime Act 121 of 1998).** There being from information taken upon oath a reasonable suspicion that she committed the alleged offences on or about **2014/2015** in the District of **BLOEMFONTEIN**. The said **NOMALANGA MOROADI SELINA CHOLOTA** is at present known or suspected on reasonable grounds to be within the District of 6604 KNOTTWOOD COURT, BALTIMORE MARYLAND, UNITED STATES OF AMERICA. .

2021 -10- 0 6

......................................................................................................................
**SENIOR STATE ADVOCATE:   OFFICE OF THE DIRECTOR OF PUBLIC PROSECUTIONS**

### WARRANT OF ARREST
(To all peace officers authorized to execute warrants of arrest)

Whereas from written application by **SENIOR STATE ADVOCATE** there is a reasonable suspicion that **NOMALANGA MOROADI SELINA CHOLOTA** of 6604 KNOTTWOOD COURT, BALTIMORE MARYLAND, UNITED STATES OF AMERICA.

During 2014/2015 committed the crime of **FRAUD, CORRUPTION (Contravention of section 3 and 4 of the Prevention and Combating of Corrupt Activities Act 12 of 2004) AND MONEY LAUNDERING (Contravention of section 4(a) and or (b), read with section 1 and 8 of the Prevention of Organised Crime Act 121 of 1998).** You are hereby directed to arrest her and to bring her before a lower court (court 20 at BLOEMFONTEIN Magisterial Court) in accordance with the provisions of section 50 of the Criminal Procedure Act 1977 (Act 50 of 1977).

The accused must be informed that she has the right to consult with a legal practitioner of her choice, and if she cannot afford a legal practitioner, she may apply for legal aid at the local Legal Aid Officer.

2021 -12- 13

Given under my hand at ............................................... this ........... day of ....................... year 2021.

......................................................................
Magistrate/ Justice of the Peace

EK SERTIFISEER DAT HIERDIE DOKUMENT 'N WARE AFDRUK (AFSKRIF) IS VAN ... I CERTIFY THAT THIS DOCUMENT IS A TRUE REPRODUCTION (COPY) OF THE ORIGINAL DOCUMENT ... FURTHER CERTIFY THAT, FROM MY OBSERVATIONS, AN AMENDMENT OR A CHANGE WAS NOT MADE TO THE ORIGINAL DOCUMENT.

AFRICAN FEMALE – 34 YEARS OLD

| MAGISTRATE |
|---|
| Private Bag X20583, Bloemfontein 9300 |
| 2021 -10- 7 - |
| EIGHTEEN |
| BLOEMFONTEIN MAGISTRATE'S COURT |

HANDTEKENING/SIGNATURE

MAGSNOMMER / FORCE NUMBER 043 262-7   RANG / RANK Captain

NAAM IN DRUKSKRIF / NAME IN PRINT: Benjamin F. Cutz.

EXT-CHOLOTA-00028