J 50 (81/803643)

| Police Station: | PARKWEG | CAS No. | 486/02/2020 | Case No. | |
|---|---|---|---|---|---|
| Name: | NOMALANGA MOROADI SELINA CHOLOTA | | | | |
| Address: | 6604 KNOTTWOOD COURT, BALTIMORE MARYLAND, UNITED STATES OF AMERICA | | | | |
| Gender: | FEMALE | | | Age: | 36 YEARS |

To * To Magistrate/ Justice: **BLOEMFONTEIN, FREE STATE PROVINCE, SOUTH AFRICA**

## APPLICATION UNDER SECTION 43 OF ACT 51 OF 1977 FOR WARRANT OF ARREST

Application is hereby made for the amendment and issue of a warrant for the arrest of:

**NOMALANGA MOROADI SELINA CHOLOTA** with ID: 870210 0934 085 and PASSPORT number: A 08543858
on charges of:

**Count 1 To 8: Fraud**:
First Alternative Count to Count 1 to 8: Theft;
Second Alternative Count to Count 1 To 8: Attempted Theft

**Count 15 To 19: Corruption – Contravention of Section 3 Of Act 12 Of 2004**:
First Alternative Count to Count 15 - 19: Corruption – Contravention of Section 4 Of Act 12 Of 2004;

**Count 21 To 28: Money Laundering - Contravention of Section 4 (a) and/or (b)**, Read with Sections 1 And 8 Of the Prevention of Organised Crime Act 121 Of 1998

**Count 67 To 71: Money Laundering - Contravention of Section 4 (a) and/or (b)**, Read with Sections 1 And 8 Of the Prevention of Organised Crime Act 121 Of 1998

There being from information taken upon oath a reasonable suspicion that she committed the alleged offences on or about **2014/2015** in the District of **BLOEMFONTEIN**.

The said **NOMALANGA MOROADI SELINA CHOLOTA** is at present known or suspected on reasonable grounds to be within the district of **6604 KNOTTWOOD COURT, BALTIMORE MARYLAND, UNITED STATES OF AMERICA.**

NATIONAL PROSECUTING AUTHORITY
DIRECTOR OF PUBLIC PROSECUTIONS
FREE STATE DIVISION

2023 -08- 1 0

BLOEMFONTEIN
DIREKTEUR OPENBARE VERVOLGINGS
NASIONALE VERVOLGINGSGESAG

..................................................
Senior State Advocate/
Director of Public Prosecutions

## WARRANT OF ARREST
(To all peace officers authorized to execute warrants of arrest)

Whereas from written application by **SENIOR STATE ADVOCATE** there is a reasonable suspicion that **NOMALANGA MOROADI SELINA CHOLOTA** of **6604 KNOTTWOOD COURT, BALTIMORE MARYLAND, UNITED STATES OF AMERICA.**

You are hereby directed to arrest her and to bring her before a lower court (viz court **20** at **BLOEMFONTEIN** Magisterial Court) in accordance with the provisions of section 50 of the Criminal Procedure Act, 1977 (Act 50 of 1977).

The accused must be informed that she has the right to consult with a legal practitioner of her choice, and if she cannot afford a legal practitioner, she may apply for legal aid at the local Legal Aid Officer.

Given under my hand at ............................................. this ................ day of ................................., year ................

*CHIEF MAGISTRATE*
*PRIVATE BAG X20583*
*1 1 AUG 2023*
*BLOEMFONTEIN, 9300*
*MAGISTRATE COURT*

*Magistrate / Justice of the Peace

Description of accused:

**AFRICAN FEMALE – 36 YEARS OLD**
**ID: 870210 0934 085 and PASSPORT: A 08543858**